

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00008-CV

_____

IN RE XTO ENERGY, INC. AND BKV NORTH TEXAS, LLC, Relators

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-355114-24

Before Walker, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, motion to stay, real party in interest's response, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion to stay are denied.

Per Curiam

Delivered: February 6, 2025